EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2009 TSPR 157 |
| Abigail Feliciano Gómez | 177 DPR _____ |

Número del Caso: TS-4500

Fecha: 9 de octubre de 2009

Abogado de la Parte Peticionaria:

      Por Derecho Propio

Colegio de Abogados de Puerto Rico:

      Lcdo. José M. Montalvo Trias
      Director Ejecutivo

Materia: Baja Voluntaria al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

                              4500
Abigail Feliciano Gómez


RESOLUCIÓN

San Juan, Puerto Rico, a   9   de octubre de 2009

    Examinada la Moción Solicitando Baja Voluntaria del Ejercicio de la Abogacía presentada por la Lcda. Abigail Feliciano Gómez y la Moción en Contestación a Resolución presentada por el Colegio de Abogados de Puerto Rico, se autoriza su baja voluntaria.

    Publíquese.

    Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo, Interina.


                    Juliana Mosquera Soler
            Secretaria del Tribunal Supremo, Interina